1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00134-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE PRELIMINARY HEARING AND SCHEDULE ARRAIGNMENT ON INFORMATION AND CHANGE OF PLEA; PRORDER |
| v. | |
| CHRISTIAN JIMENEZ-RODRIGUEZ, | |
| Defendant. | |

The parties have executed a plea agreement to resolve this fast-track immigration case. Mr. Jimenez-Rodriguez has also signed a waiver of indictment. Therefore, the parties agree that the case can be set for an arraignment on the information, change of plea, and sentencing before the Honorable Jennifer L. Thurston on August 14, 2023, at 10:00 a.m. The parties have confirmed this date with the Court and Probation Office. The preliminary hearing scheduled for July 14, 2023, can be vacated.

Mr. Jimenez-Rodriguez's counsel requires additional time to prepare for the arraignment, change of plea, and sentencing hearing. Therefore, the parties agree to extend all applicable deadlines under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, through August 14, 2023, in the

interests of justice, including the need for defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of Mr. Jimenez-Rodriguez to a speedy trial.

Dated:  July 12, 2023                     */s/ Erin Snider*
                                                    ERIN SNIDER
                                                    Counsel for Christina Jimenez-Rodriguez

Dated:  July 12, 2023                     */s/ Joseph Barton*
                                                      JOSEPH BARTON
                                                      Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00134-JLT-SKO |
| Plaintiff, | ORDER |
| v. | |
| CHRISTIAN JIMENEZ-RODRIGUEZ, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, this case is set for an arraignment on the information, change of plea, and sentencing on August 14, 2023, at 10:00 a.m., before the Honorable Jennifer L. Thurston. The preliminary hearing scheduled for July 14, 2023, is vacated. Time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, is excluded through August 14, 2023, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **July 12, 2023**              /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE