HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CHRISTIAN JIMENEZ-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN JIMENEZ-RODRIGUEZ,<br><br>Defendant. | Case No. 1:23-cr-00134-JLT-SKO<br><br>**STIPULATION TO CONTINUE PLEA AND SENTENCING; ORDER**<br><br>Date:   August 21, 2023<br>Time:  10:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Christian Jimenez-Rodriguez, that the plea and sentencing hearing currently scheduled for August 14, 2023, at 10:00 a.m. may be continued to August 21, 2023, at 10:00 a.m.

On July 12, 2023, the Court vacated Mr. Jimenez-Rodriguez's preliminary hearing and set this matter for a plea and sentencing on August 14, 2023, in light of the parties' preindictment resolution. Defense counsel has discovered a conflict in her schedule that would prevent her from appearing on the August 14, 2023 date. Accordingly, the parties request that the Court continue this matter for one week to August 21, 2023, to ensure continuity of counsel.

The parties further agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date

prescribed by the Speedy Trial Act, and that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period August 14, 2023, to August 21, 2023, inclusive, is excludable pursuant to 18 U. S. C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: July 31, 2023

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 31, 2023

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
CHRISTIAN JIMENEZ-RODRIGUEZ

## O R D E R

**IT IS SO ORDERED.** The plea and sentencing hearing currently scheduled for August 14, 2023, at 10:00 a.m. is hereby continued to August 21, 2023, at 10:00 a.m. Time is excluded for the reasons set forth in the parties' stipulation.

Date: August 1, 2023

Hon. Jennifer L. Thurston
United States District Judge