HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CHRISTIAN JIMENEZ-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00134-JLT-SKO |
|---|---|
| Plaintiff, | **ORDER FOR RELEASE** |
| vs. | |
| CHRISTIAN JIMENEZ-RODRIGUEZ, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Christian Jimenez-Rodriguez (Fresno County Jail Inmate No. 7117738) shall be immediately released on Case No. 1:23-cr-00134-JLT-SKO. Mr. Jimenez-Rodriguez was arrested on June 1, 2023, and thereafter sentenced to 3 months of imprisonment. As he has completed his sentence of imprisonment, the Court orders Mr. Jimenez-Rodriguez released as to this case only. This Order does not affect any other holds or detainers.

IT IS SO ORDERED.

Dated:   **September 5, 2023**

_____
UNITED STATES DISTRICT JUDGE